No. 540. METROPOLITAN LIFE INSURANCE COMPANY, PETI-
TIONER, *v.* CAMILLA B. TALBOTT, ADMINISTRATRIX, ETC. Jan-

uary 13, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Maurice E. Locke* for petitioner. *Mr. Meriwether L. Crawford* for respondent.

---

